IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION, ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CR 11-00271-WS |
| Tony Foley | ) ) | Judge Steele |
| Defendant | ) | |

## POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS AND PRESENTENCE INVESTIGATION

Comes now the Defendant and does hereby inform this Honorable Court that the Defendant notes the following objections to the presentence investigation filed herein:

1. Adjustment for Obstruction of Justice pursuant to U.S.S.G. §3C1.2.

2. Adjustment for Possession of a Firearm pursuant to U.S.S.G. §2D1.1(b)(1).

3. Adjustment for Substantial Risk of Harm pursuant to U.S.S.G. §2D1.1(b)(13)(c)(ii).

4. Adjustment for Role in the Offense pursuant to U.S.S.G. §3B1.1(c).

DONE: June 6, 2012

                                                                       s/John W. Beck_____
                                                                       JOHN W. BECK
                                                                        Attorney for Defendant
                                                                        ASB-4648-K70J
                                                                        Post Office Box 931
                                                                        Fairhope, Alabama 36533
                                                                        (251) 990-5454 Office
                                                                        (251) 990-5410 Facsimile
                                                                        Email: john@beckdefense.com

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this day June 6, 2012, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the United States Attorney

      Respectfully Submitted,

      s/John W. Beck_____
      JOHN W. BECK
      Attorney for Defendant
      ASB-4648-K70J