IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No.  11-00271-WS |
| | * | |
| TRACIE EVERETTE | * | |

**MOTION FOR DOWNWARD DEPARTURE**

Comes now the United States, by and through the United States Attorney for the Southern District of Alabama, and moves the Court to depart downward from the low end of the advisory guideline range in the instant matter pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), and as grounds therefor, says the following:

1. The defendant entered into a plea agreement which provided her the opportunity to cooperate with the Government.  The defendant provided information which implicated approximately 30 subjects, but many of them had been previously prosecuted and in one instance, is deceased.  Some of those implicated by the defendant remain targets in ongoing investigations.  The Government submits, however, that the defendant's cooperation has been useful in connection with not only the co-defendants in the instant case, but also in connection with four other matters.

2. Specifically, the defendant implicated Maci Williams, Elisha Brianna Stringfellow, Billy Joe Stokley and Kelly McMillian.  Williams was sentenced in May of 2012 to 87 months custody, followed by four years supervised release term.  Stringfellow was sentenced this months to 60 months imprisonment, followed by four years supervised release term.  Stokley plead guilty to attempt to manufacture methamphetamine and possession with intent to distribute methamphetamine

1

on or about September 21, 2012, and is pending imposition of sentence. McMillian entered a guilty plea to an information charging her with conspiracy to manufacture methamphetamine in May of 2012, and is likewise pending imposition of sentence. Everette implicated all these defendants in the manufacture of methamphetamine, based upon her own involvement and first hand knowledge of their activities.

WHEREFORE, the Government submits that the defendant is due consideration for her cooperation thus far, and pursuant to Section 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, Section 3553(e), moves the Court to reduce the defendant's low end guideline sentence of 135 months by approximately one-third, down to 90 months, at this time.

Respectfully submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: s/ Gloria A. Bedwell
Gloria A. Bedwell bedwg1000
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5845
(251)441-5131 (fax)
gloria.bedwell@doj.gov

### CERTIFICATE OF SERVICE

I certify that I have filed the foregoing pleading with the clerk of the Court using CM/ECF, which automatically serves a copy of the same upon the attorney of record for the defendant, by email, this 24th day of September, 2012.

s/ Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney